

FILED & JUDGMENT ENTERED
Steven T. Salata

January  27  2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

IN RE:

Thomas Lockwood Earl, Jr.
Adina Rachel Earl
SSN#: XXX-XX-1740
SSN#: XXX-XX-5466

Chapter 13

CASE NO: 16-30718

Related Court Docket Number: 24

### **ORDER**

ON 01/25/2017,  AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

TERRY M DUNCAN, ATTORNEY AT LAW Present

Hearing is continued to **March 01, 2017.**

This Order has been signed electronically,
pursuant to administrative order of the Court.
Effective as of date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY COURT JUDGE

{:20170126124748:}